*Felony AT*

MAGISTRATE JUDGE SCHENKIER

JUDGE GOTTSCHALL

08CR 0002

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

FILED
JAN X 2 2008
JAN 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

08 CR 0002

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO **X**    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO **X**    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?                            NO **X**    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO **X**    YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO **X**    YES ☐

6) What level of offense is this indictment or information?    FELONY **X**    MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?    NO **X**    YES ☐

8) Does this indictment or information include a conspiracy count?    NO **X**    YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ........... (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances .. (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ......... (II) | ☐ Miscellaneous General Offenses .. (IV) |
   | ☐ Bank robbery ......... (II) | **X** Other Fraud ......... (III) | ☐ Immigration Laws ......... (IV) |
   | ☐ Post Office Robbery ..... (II) | ☐ Auto Theft ......... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws ......... (IV) |
   | ☐ Assault ........... (III) | ☐ Forgery ......... (III) | ☐ Motor Carrier Act ......... (IV) |
   | ☐ Burglary ........... (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act ......... (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ......... (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ......... (III) | ☐ Other Federal Statutes ........ (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 §1343 and 2

*[signature]*

CHARLES E. EX
Assistant United States Attorney

(Revised 12/99)