## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 2 - 1 | **DATE** | 1/22/2008 |
| **CASE TITLE** | United States of America vs. Aqil Allawi | | |

**DOCKET ENTRY TEXT**

Arraignment set for 1/22/08 is reset to 2/5/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|