# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 2 | **DATE** | 2/5/2008 |
| **CASE TITLE** | U.S.A. vs. Aqil Allawi | | |

**DOCKET ENTRY TEXT**

(Defendant Aqil Allawi only). Initial appearance proceedings held on 2/5/2008. Defendant informed of his rights. Paul Flynn is granted leave to file his appearance form on behalf of defendant. Defendant released on bond. Arraignment and plea held on 2/5/2008. Defendant enters a plea of not guilty to Count 1 of the information. Rule 16.1(A) conference to be held by 2/19/2008. Pretrial motions to be filed by 3/5/2008. Responses to the motions to be filed by 3/19/2008. Replies to the responses to be filed by 3/26/2008. Ruling on the motions will be by mail on or before 4/25/2008. A status hearing is set for 2/27/2008 at 9:30 a.m. before Judge Gottschall. The government's oral motion to exclude time is granted from 2/5/2008 to 2/27/2008 pursuant to 18 USC §3161(h)(8)(A)(B). (X-T).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SB |
|---|---|---|