## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 2 | **DATE** | 2/12/2008 |
| **CASE TITLE** | United States of America vs. Aqil Allawi | | |

**DOCKET ENTRY TEXT**

Defendant's conditions of release are modified to include random drug testing and participation in substance abuse treatment or counseling if deemed advisable by the Pretrial Services Office.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|