**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                            Case No.: 1:08−cr−00002
                                              Honorable Joan B. Gottschall

Aqil Allawi
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

    MINUTE entry before Judge Joan B. Gottschall: as to Aqil Allawi, Status hearing held on 3/5/2008. Change of Plea Hearing set for 4/9/2008 at 10:00 A.M. Time is excluded through 4/9/2008 pursuant to 18:3161(h)(8)(A)(B). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.