Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 02 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Aqil Allawi | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant enters plea of guilty to Count One of Information. Finding of guilty entered. Order Presentence Investigation Report. Sentencing memoranda and/or objections are due by 7/14/2008. Responses by 7/21/2008. Sentencing set for 7/30/2008 at 10:00AM. Same bond to stand. No sentencing memoranda or responses will be considered if filed out of time unless a motion to file late is made no less than one week prior to the date set for sentencing. No sentencing hearing will be continued unless the courtroom deputy is notified of the need to change in writing at least one week (7 days) prior to the date set for sentencing. Failure to comply with this standing order will result in counsel being sanctioned in the amount of $100.00 which shall be paid to the Clerk of Court, 219 S. Dearborn, 20th floor, Chicago, Illinois 60604.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | RJ |
|---|---|---|